**KITSINIAN LAW FIRM**
NAREG S. KITSINIAN, SBN 236732
6739 Odessa Avenue
Van Nuys, California 91406
Phone: (818) 786-5777
Fax: (818) 786-5778
Email: info@kitsinianlaw.com
Attorneys for Silver Showroom

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVER SHOWROOM<br><br>v.<br><br>IN RE DMCA SUBPOENA TO AMAZON.COM INTERNATIONAL, INC. | CASE NO. 2:16-MC-00143<br><br>DECLARATION OF NAREG S. KITSINIAN, ESQ. IN SUPPORT OF DMCA SUBPOENA TO AMAZON.COM INTERNATIONAL, INC. |

I, Nareg S. Kitsinian declare and testify as follows:

1. I am admitted to practice law in the State of California. I represent Silver Showroom, a jewelry designer and manufacturer.

2. On behalf of Silver Showroom, I am seeking a subpoena pursuant to 17. U.S.C. §512(h) to obtain information sufficient to identify a person or entity conducting business at Amazon.com International, Inc. ("Amazon") under the e-mail address "charmingjewelers@outlook.com" and, conducting business with Amazon through user name "Charming Jewelers."

3. I have a good faith belief, based on the facts known to me that Charming Jewelers is infringing on Silver Showroom's intellectual property rights.

4. The purpose for which the subpoena is sought is to obtain the identity and transactions of the alleged infringers and the information obtained therefrom will only be used for the purpose of protecting rights under 17 U.S.C 101, et seq.

5. Attached to this declaration labeled "EXHIBIT A" is a true and correct copy of the properly submitted Notice of Claimed Infringement to Amazon on November 11, 2016.

6. Shortly after receiving the Notice of Claimed Infringement, Amazon complied and began an investigation on the infringing material from its site.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2016

_____
Nareg S. Kitsinian, CA Bar # 236732

DECLARATION OF NAREG S. KITSINIAN, ESQ. IN SUPPORT OF DMCA SUBPOENA TO AMAZON.COM INTERNATIONAL, INC.